UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| WILLIAM J. FALLON, JR. | * | CIVIL ACTION |
| VERSUS | * | NO: 10-0961 |
| BURL CAIN, WARDEN | * | SECTION: "N"(6) |

### ORDER

The Court, having considered the petition, the record, the applicable law and the Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file any objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its own opinion. Accordingly,

**IT IS ORDERED** that petitioner's federal habeas petition filed pursuant to 28 U.S.C. §2254 is hereby **DISMISSED WITH PREJUDICE AS UNTIMELY.**

New Orleans, Louisiana, this 28th day of March, 2011.

_____
UNITED STATES DISTRICT JUDGE